17,395-11



**Court of Criminal Appeals**

CCA Version 2.4.6.0

# Docket Sheet

**Case Number:** WR-17,395-11

**10/1/2008 To 10/1/2008**

Report Printed On:

10/1/2008 1:45:43 PM

| | |
|---|---|
| **Petitioner:** | |
| **Style:** SEWELL, LARRY GENE | |
| **vs:** | |

**Record Filed:** 3/10/2006

**Motion Filed:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Original Proceeding:** | No | **Case Type:** | 11.07 HC | **Case Priority:** | Regular | **Location:** | CCA Locations - BG5 |
| **Defendant in Jail:** | No | **Bond:** | | **Punishment:** | LIFE | | |
| **Offense:** MURDER | | | | **Enhancement:** | | | |
| **Offense Code:** | 19.02 | **Offense Type:** | Murder | | | | |
| **Remarks:** | | | | | | | |

## Trial Court Information

| | |
|---|---|
| **Trial Court ID:** | 332200001 |
| **County:** | Tarrant |
| **Trial Court Name:** | Criminal District Court 1 |
| **Trial Court Case Number:** | C-1-007583-0248756-D |
| **Trial Court Judge:** | Toby Goldsmith |
| **Trial Court Reporter:** | |
| **Court of Appeals Case:** | 02-85-00265-CR |
| **COA Opinion:** | 09-11-86 |
| **Contents:** | CR |
| **Remarks:** | |

## Parties Associated with Case

| Party Type | Party Name |
|---|---|
| APP | SEWELL, LARRY GENE |

## Interested Entities Associated with Case

| Interested Entity Name | Interested Entity Type | Bar Number | Notice? | Date On | Date Off | Remarks |
|---|---|---|---|---|---|---|
| Toby Goldsmith | TC JUD | | No | 03/10/2006 | | Trial Court Judge |
| LARRY GENE SEWELL | APP | | Yes | 03/10/2006 | | |
| District Attorney Tarrant County | DAT | | Yes | 03/10/2006 | | |
| District Clerk Tarrant County | DCK | | Yes | 03/10/2006 | | |

## Process: HABEAS CORPUS REC. - 1107 HC

## Events

| Event Date | Event | Description | DispositionType | Oral | EnBanc | SubmissionType | Submission Process |
|---|---|---|---|---|---|---|---|
| 3/10/2006 | WRIT RECEIVED | WRIT | | No | | | |
| *** Remarks: | | | | | | | |
| 3/14/2006 | WRIT SUBMITTED | WRIT | | No | | | |
| *** Remarks: | | | | | | | |
| 5/24/2006 | ACTION TAKEN | WRIT | DIS/SUBAPP | No | | | |
| *** Remarks: | | | | | | | |
| 5/31/2006 | STATUS | WRIT | DIS/SUBAPP | No | | | |
| *** Remarks: | | | | | | | |
| 9/25/2008 | COPY REQUEST | WRIT | | No | | | |

**Petitioner:**

**Style:** SEWELL, LARRY GENE

**vs:**

**Record Filed:** 3/10/2006

**Motion Filed:**

---

**\*\*\* Remarks:**

---

**Calendars**

| Calendar | Date Set | Reason Set | En Banc | OpinionComments |
|---|---|---|---|---|
| STORED | 05/24/2006 | WRIT STORED | | |